EUGENE PISANI *v.* RALPH MESSORE ET AL.
(8803)

DALY, O'CONNELL and CRETELLA, Js.
Argued September 26—decision released October 5, 1990

*Thomas F. Keyes, Jr.,* for the appellant (plaintiff).

*Mary Beattie Schairer,* with whom, on the brief, was *Charles E. Tiernan III,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.

EUGENE GASPARRI *v.* BOARD OF ALDERMEN OF THE
CITY OF WATERBURY
(8622)

DALY, O'CONNELL and CRETELLA, Js.
Argued September 26—decision released October 3, 1990

*Robert E. Ghent,* for the appellant (plaintiff).

*Vincent J. Flynn,* corporation counsel, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.